IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN SIMMONS | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv523 |
| OFFICER BELL, ET AL | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>

Plaintiff John Simmons, formerly an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Divisions, proceeding *pro se*, brought the above-styled civil rights lawsuit.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends this action be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

```
judge is ADOPTED.  A final judgment will be entered in this case in
accordance with the magistrate judge's recommendation.
```

So **ORDERED** and **SIGNED** this **18** day of **October, 2005.**

_____
Ron Clark, United States District Judge